BOARD OF EDUCATION OF THE WESTERVILLE CITY SCHOOL DISTRICT, APPELLEE, *v.* FRANKLIN COUNTY BOARD OF REVISION ET AL.; OLYMPIA PROPERTIES, L.L.C., APPELLANT.

[Cite as *Bd. of Edn. of the Westerville City School Dist. v. Franklin Cty. Bd. of Revision,* 111 Ohio St.3d 1217, 2006-Ohio-5611.]

(No. 2006–1114—Submitted August 9, 2006—Decided November 1, 2006.)

{¶ 1} The appeal is dismissed, sua sponte, on the authority of *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision,* 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178. Motion to dismiss of appellee Board of Education of the Westerville City School District is denied as moot.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents for the reason stated in his dissent in *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision,* 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178, ¶ 5.

---

Wayne E. Petkovic, for appellant.

Rich, Crites & Dittmer, L.L.C., Jeffrey A. Rich, and Mark H. Gillis, for appellee Board of Education of the Westerville City School District.